conviction in determining the sentence to be imposed in connection with the instant conviction.

■■■ The Unified Code of Corrections allows the trial court a certain discretion in determining sentences, to be exercised with regard to the nature and circumstances of the offense and the history and character of the defendant. Defendant in the case at bar was 20 years of age at the time of his conviction and had two prior misdemeanor convictions. At the time of the instant offense he was on probation stemming from one of the prior convictions. In committing the instant offense he inflicted a substantial injury upon his victim. Under these circumstances we do not think a sentence of two years four months to seven years is excessive.

Accordingly, the sentence is modified and as modified the judgment is affirmed.

Affirmed as modified.

LEIGHTON and HAYES, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JIMMIE WALLACE, Defendant-Appellant.

(No. 57857; ■■■■■■■■■■■

First District (2nd Division)—August 7, 1973.

PER CURIAM.

DOWNING, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Edward A. Ptacek, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, of counsel,) for the People..

THE PEOPLE ex rel. PULLMAN BANK AND TRUST COMPANY, Plaintiff-Appellee, v. JOSEPH F. FITZGERALD, Commissioner of the Department of Buildings of the City of Chicago, et al., Defendants-Appellants.

(No. 56595;

First District (4th Division)—August 8, 1973.

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan and Edmund Hatfield, Assistant Corporation Counsel, and Paul T. Foxgrover, Senior Law Student, of counsel,) for appellants.

No brief filed for appellee.

Mr. JUSTICE DIERINGER delivered the opinion of the court:

This mandamus proceeding was brought in the Circuit Court of Cook County to compel issuance of building permits for construction of an automobile service station on the southeast corner of Division and Wells